**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Murex Petroleum Corporation, a Delaware corporation, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Phoenix Operating Company, Inc., a Michigan corporation, | ) ) ) | Case No. 4:13-cv-106 |
| Defendant. | ) ) | |

Before the court is a "Stipulation to Extend Scheduling/Discovery Plan Deadlines" filed by the parties on September 5, 2014. The court **ADOPTS** the parties' stipulation (Docket No. 18). The pretrial deadlines shall be amended as follows:

1.     The parties shall have until January 3, 2015, to complete fact discovery and to file discovery motions.

2.     The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a.     Plaintiff shall serve disclosures by December 1, 2014.

    b.     Defendant shall serve disclosures by January 3, 2015.

    (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

3.     The parties shall have until February 2, 2015, to complete discovery depositions of expert witnesses.

4.. The parties shall have until February 27, 2015, to file other dispositive motions (summary judgment as to all or part of the case.).

**IT IS SO ORDERED.**

Dated this 8th day of September, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court